UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

    Plaintiff,

v

PIETRO'S 990, LLC, a Michigan limited liability company, and THREE CHEFS, LLC, a Michigan limited liability company,

    Defendants.

Case No. 1:24-cv-232

Hon. Paul L. Maloney

**Stipulation for Entry of an Order of Dismissal**

---

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case shall be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

A proposed order of dismissal is attached as Exhibit 1.

Dated: October 24, 2024

 /s/ Owen B. Dunn, Jr. (w/permission)
Owen B. Dunn, Jr.(P66315)
LAW OFFICES OF OWEN DUNN, JR.
Attorneys for Plaintiff
6800 W. Central Ave., Ste. C1
Toledo, OH 43617
(419) 241-9661
obdjr@owendunnlaw.com

Dated: October 24, 2024

 /s/ Sandra J. Densham
Sandra J. Densham (P69397)
PLUNKETT COONEY
Attorneys for Defendants
333 Bridge Street NW, Suite 530
Grand Rapids, MI 49504
Direct: (616) 752-4627
sdensham@plunkettcooney.com