UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

    Plaintiff,

v

PIETRO'S 990, LLC, a Michigan limited
liability company, and THREE CHEFS, LLC,
a Michigan limited liability company,

    Defendants.

Case No. 1:24-cv-232

Hon. Paul L. Maloney

**Order of Dismissal**

---

This matter having come before the Court on the parties' stipulation for the entry of an order of dismissal, and the Court being fully advised in the premises;

**IT IS ORDERED** that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

**IT IS SO ORDERED.**

Date: October 24, 2024

    __/s/ Paul L. Maloney_____
    PAUL L. MALONEY
    UNITED STATES DISTRICT JUDGE